FILED

# UNITED STATES DISTRICT COURT 55

for the

Middle District of Tennessee

Nashville Division

| | |
|---|---|
| LUN MAYES | ) Case No. 3:25-cv-1088 |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☑Yes ☐No |
| -v- | ) |
| STRATAS FOODS LLC | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.     **The Parties to This Complaint**

   A.     **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                       Lun Mayes

   Street Address             2843 Lightning Bug Dr.

   City and County            Murfreesboro          Rutherford

   State and Zip Code         TN 37129

   Telephone Number           615-617-9321

   E-mail Address             lun.mayes6@yahoo.com

   B.     **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                               Stratas Foods LLC

    Job or Title *(if known)*

    Street Address                   7000 Goodlett Farms Parkway, Suite 400

    City and County                 Cordova

    State and Zip Code            TN 38016

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*


Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

### C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑      Other federal law *(specify the federal law)*:

Family and Medical Leave Act, 29 U.S. C. 2601 et seq.

☐      Relevant state law *(specify, if known)*:

☐      Relevant city or county law *(specify, if known)*:

Case 3:25-cv-01088    Document 1    Filed 09/24/25    Page 3 of 9 PageID #: 3

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
Ongoing, from July 2023 through the present.

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☑ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

_____

E. The facts of my case are as follows. Attach additional pages if needed.

LUN MAYES v. STRATAS FOODS LLC
FACTS

Around July or August 2023, James Alford, (Caucasian) the plant manager at the time, hired Terrill Rowland (Caucasian) to be a day shift maintenance technician without posting the job going through HR. Terrill Rowland was to be paid the same as I, $34 an hour, but without the responsibility of being a lead.

In August, 2023, Terrrill Rowland decided didn't want the job two days before supposed to start. I requested to transfer to day shift maintenance position. I spoke with Ashley Spersrud in HR about applying. Was told only that they were not going to fill the job and never posted it. Only second shift maintenance job posted.

In October of 2023 the day shift maintenance position was filled. I approached HR again after position filled about why never posted according to company policy but never received an answer. I made a complaint that I felt this was discriminatory

After complaining that I felt this was discriminatory, the plant manager and my immediate supervisor, Scott Skidmore, (Caucasian), began assigning me work well in excess of other Caucasian technicians.

On December 19, 2023, James Alford came to the office of the corporate engineer, Alex King, where King, myself, Michael Baldwin (maintenance technician) and Andrew Hick, engineer, were discussing where we could get a heating element for the label machine. Alford got very hostile to me. He started yelling, told Michael Baldwin to get out and while continuing to yell, gestured with his finger in my face and accused me of undermining management. He told to me to get the fuck off his premises get off the premises and Ashley in Human Resources would let me know if I can come back.

Alford did not act in this manner towards Caucasian employees, including other maintenance technicians.

Alford also threatened that if I ever complained to corporate again, I would be fired.

I filed Charge 494-2024-01037 on May 14, 2024, concerning these incidents.

On July 11, 2024, I was given a 1st Written Warning (Performance) alleging violation of 3 food safety Rules:
> 1. Conveyor belt not cleaned per protocol after he sat on it.
> 2. No gloves and touched food contact surface, not cleaned after.
> 3. Food contact machine part rested on drain, not cleaned after.

However, video show my arm extended straight up with the probe not touching floor. The conveyor itself not a food contact surface and the part I had in my hand did not require wearing gloves.

In August 2024, I requested a move to day shift to a coordinator position, both as a lateral transfer and as a reasonable accommodation. Though the move to day shift would not include an increase in pay, it would save me money because I was having to pay a caretaker for ten hours a day to care for my wife, who was dealing with cancer when I was on second shift. I had someone who could be with her without cost during dayshift hours but not at night.

Also, I have a lung condition and diabetes and my physician had documented that my own health conditions were such that working over 40 hours due to night shift was bad for my health.

I was told would not be considered for the position.

On November 4, 2024, I made a complaint by email to Austin Rhodes about the behavior of Brandon Gibbs, who was now my supervisor, when I asked for clarification about a work order, including getting loud, angry and jerking the work order out of my hand and aggressively getting in his face. When I complained to Phoebe McKowan, (Caucasian), the then new plant manager, she told me she would support her manager no matter what. Then she tried to coerce another employee who was a witness to the incident into saying what she wanted them to say, rather than my complaint.

Later in November, I sent an email to Bella Baker and Austin Rhodes in Human Resources that I do not feel safe working around Brandon Gibbs. During the month of November 2024, I made multiple inquiries as to whether my complaint will be investigated, but did not receive a response.

On December 1, 2024, I was given a 2nd Written Warning (Performance), Final, for:
1. "not working his scheduled hours."
2. Violated building policy of working onsite alone.

This was based on allegedly coming into work on a Sunday as the only maintenance technician even though Stratas Foods has no policy against working alone and there was security on duty at the plant. Further, this was not a performance violation. If it was a violation at all it would not have resulted in me receiving a 2nd written warning, which is a final step before termination.

On January 22, 2025 I filed Charge 494-2025-01103 filed regarding disability, race, and retaliation based on my August 2024 request to move to day shift to a coordinator position, both as a lateral transfer and as a reasonable accommodation and being told would not be considered for the position.

On March 10, 2025, I was suspended by Brandon Gibbs for not changing out B&L filter by myself on February 28, 2025. Stratas Foods has a stop work policy that states any employee should not

engage in any work related actions which are unsafe. I did not change out filter on B&L machine because I was working alone and would have had to perform the task in a poorly lighted area where there was oil making the surfaces slippery.

On April 22, 2025, I was suspended for three days for "safety violations," allegedly on 4/21/2025, for allegedly failing to lockout label the Glue Pack machine, while working on it. This was based on incomplete video. The machine has three places it can be locked out and the video does not capture images of all three places. When I explained that I had locked out, I was ignored.

On April 23, 2025, I made an email complaint to Erik Heggen and others about being suspended and of Bella Baker asking Robert Sheldon and Austin Rhode to track my movements and their spending corporate time to watch video of me the past three week solely for work violations. This was yet another example of their retaliatory actions.

I have been discriminated against because of my race, African American, and my disability, in violation of the Americans With Disabilities Act. I have been retaliated against when I complained of discrimination.

09/24/2025

Please see attached.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
5/14/ 2024 Charge 494-2024-1037
1/22/2025  Charge 494-2025-1103

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking an injunction against my employer to allow me to work in a discrimination and nonretaliatory work environment. I am also seeking a transfer from second shift,

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9-23-25

Signature of Plaintiff    *Kim Mayes*

Printed Name of Plaintiff    *Lua Mayes*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____